**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **MCKINSEY PIGGEE, JR.** <br> **AND EARLINE PIGGEE** | **PLAINTIFFS** |
| **V.        NO. 4:07CV00605** | |
| **PATTERSON MEDICAL PRODUCTS, INC.** <br> **D/B/A SAMMONS PRESTON, INC.;** <br> **PATTERSON COMPANIES, INC.;** <br> **PATTERSON MEDICAL HOLDINGS, INC.;** <br> **PATTERSON MEDICAL HOLDINGS, INC.** <br> **D/B/A SAMMONS PRESTON ROLYLAN;** <br> **ITO CO., LTD.; JOHN DOE I; JOHN DOE** <br> **II; AND JOHN DOE III** | **DEFENDANTS** |

**ORDER**

Pending is Plaintiff's motion to establish a mandatory disclosure deadline. (Docket # 54). Based upon the response filed by the Patterson Defendants it appears mandatory disclosures have been made and Plaintiff's motion is moot. Accordingly, Plaintiff's motion is denied as moot.

IT IS SO ORDERED this 8th day of May, 2008.

_____
James M. Moody
United States District Judge