IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MCKINSEY PIGGEE, JR.**
**AND EARLINE PIGGEE**                                                    **PLAINTIFFS**

**V.**                                        **NO. 4:07CV00605**

**PATTERSON MEDICAL PRODUCTS, INC.**
**D/B/A SAMMONS PRESTON, INC.;**
**PATTERSON COMPANIES, INC.;**
**PATTERSON MEDICAL HOLDINGS, INC.;**
**PATTERSON MEDICAL HOLDINGS, INC.**
**D/B/A SAMMONS PRESTON ROLYLAN;**
**ITO CO., LTD.; JOHN DOE I; JOHN DOE**
**II; AND JOHN DOE III**                                                  **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to strike Defendants' notice of non-party liability and motion for declaratory judgment. (Docket # 57). In light of Defendant Ito's third party complaint, Plaintiff's motion to strike and for declaratory judgment is denied as moot.

IT IS SO ORDERED this 16th day of June, 2008.

James M. Moody
United States District Judge