IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MCKINSEY PIGGEE, JR.**
**AND EARLINE PIGGEE**                                                              **PLAINTIFFS**

V.                                  NO. 4:07CV00605

**PATTERSON MEDICAL PRODUCTS, INC.**
**D/B/A SAMMONS PRESTON, INC.;**
**PATTERSON COMPANIES, INC.;**
**PATTERSON MEDICAL HOLDINGS, INC.;**
**PATTERSON MEDICAL HOLDINGS, INC.**
**D/B/A SAMMONS PRESTON ROLYLAN;**
**ITO CO., LTD.; JOHN DOE I; JOHN DOE**
**II; AND JOHN DOE III**                                                            **DEFENDANTS**

## ORDER

Pursuant to the Stipulation filed June 4, 2008, the following defendants are hereby dismissed without prejudice: Patterson Medical Products, Inc. d/b/a Sammons Preston, Inc.; Patterson Companies, Inc.; and Patterson Medical Holdings, Inc. d/b/a Sammons Preston Roylan. The parties stipulate and the docket shall indicate the proper defendant, Patterson Medical Holdings, Inc. The Clerk is directed to change the style of the case to reflect this change. The style of the case shall be: **McKinsey Piggee, Jr. and Earline Piggee v. Patterson Medical Holdings, Inc.; Ito Co., Ltd.; John Doe I; John Doe II; and John Doe III.** All other agreements contained in the stipulation, docket # 68, shall remain in effect.

Wherefore, the motion to dismiss, docket # 69, is granted as set forth herein.

IT IS SO ORDERED this 16th day of June, 2008.

_____
James M. Moody
United States District Judge