IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MCKINSEY PIGGEE, JR.
AND EARLINE PIGGEE                                              PLAINTIFFS

V.                          NO. 4:07CV00605

PATTERSON MEDICAL PRODUCTS, INC.
ITO CO., LTD.; JOHN DOE I; JOHN
DOE II; AND JOHN DOE III                                        DEFENDANTS

BAPTIST HEALTH D/B/A BAPTIST
HEALTH THERAPY CENTER; AND
TOD DALBY                                           THIRD PARTY DEFENDANTS

## AGREED PROTECTIVE ORDER

By agreement of the parties and for good cause shown, this Order is entered with respect to the following documents to be provided by Ito Co., Ltd. to plaintiffs:

1. TM-300 Traction Device, Product No. A501-009 User's Manual;

2. Electrical Drawing, Flow Chart and Drawings for two labels;

3. Purchase Request from Baptist Health and service records for the subject machine;

4. TM-300 Traction System Operation Manual;

5. History/ROM/TM-300;

6. Drawings and Specifications;

7. Blueprints, Specifications, Electrical Circuit; and

8. Communications between Ito Company, Ltd. and the FDA.

By agreement of the parties and for cause shown, it is by the Court ORDERED that the above described documents provided to plaintiffs by Ito Company, Ltd. shall be returned to Ito Company, Ltd. by plaintiffs upon final adjudication of this cause, or upon conclusion of this cause; it is further ORDERED that plaintiffs shall not cause any copies of said documents to be made or to be distributed to expert witnesses (or other third persons) without first notifying Ito Company, Ltd. of the number of copies to be made and the identity of the documents to be copied; it is further ORDERED that plaintiffs shall be responsible for maintaining sufficient control of said documents and copies, whether they be in plaintiffs' possession or in the possession of third persons, so as to permit plaintiffs to return to Ito Company, Ltd. all documents and copies pursuant to this Order, and any third person to whom plaintiffs supply these documents or any copies thereof shall be apprised of this Order.

_____
THE HONORABLE RODNEY S. WEBB

December 5, 2008

AGREED AS TO FORM AND CONTENT:

_____ 12/4/08
David A. Hodges
Centre Place – Fifth Floor
212 Center Street
Little Rock, AR 72201-2429
Attorney for Plaintiffs

_____ 12-4-08
Mike Huckabay
Huckabay, Munson, Rowlett and Moore, P.A.
Regions Center
400 W. Capitol, Suite 1900
Little Rock, AR 72201
Attorney for Ito Company, Ltd.

2