IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MCKINSEY PIGGEE, JR.
AND EARLINE PIGGEE

PLAINTIFFS

V.   NO. 4:07CV00605

PATTERSON MEDICAL HOLDINGS, INC.;
AND ITO CO., LTD.

DEFENDANTS

BAPTIST HEALTH D/B/A BAPTIST
HEALTH THERAPY CENTER; AND
TOD DALBY

THIRD PARTY DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that this matter has been compromised and settled, it is hereby ORDERED that all claims and causes of action asserted or assertable herein, including, without limitation, the Complaint of plaintiffs and the Third Party Complaint of Ito Co., Ltd., are hereby dismissed with prejudice.

IT IS SO ORDERED this 23rd day of April, 2009.

_____
THE HONORABLE RODNEY S. WEBB
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MCKINSEY PIGGEE, JR.
AND EARLINE PIGGEE                                           PLAINTIFFS

V.                          NO. 4:07CV00605

PATTERSON MEDICAL HOLDINGS, INC.;
AND ITO CO., LTD.                                            DEFENDANTS

BAPTIST HEALTH D/B/A BAPTIST
HEALTH THERAPY CENTER; AND
TOD DALBY                                       THIRD PARTY DEFENDANTS

### AGREED ORDER THAT MCKINSEY PIGGEE, JR. HAS NOT BEEN "MADE WHOLE"

Upon consideration of the Joint Motion of the plaintiffs and defendant, Ito Co., Ltd., the Court being well and sufficiently advised in the circumstances, and having been informed of the amount of the confidential settlement reached between the parties, the Court hereby finds and determines that McKinsey Piggee, Jr. has not been "made whole" by the settlement.

IT IS SO ORDERED this 23rd day of April, 2009.

THE HONORABLE RODNEY S. WEBB
UNITED STATES DISTRICT COURT

AGREED AS TO FORM AND CONTENT:

_____  4/20/09
DAVID A. HODGES
HODGES LAW FIRM
CENTRE PLACE – FIFTH FLOOR
212 CENTER STREET
LITTLE ROCK, AR 72201-2429
501/374-2400


_____
MIKE HUCKABAY
HUCKABAY, MUNSON, ROWLETT
   AND MOORE, P.A.
REGIONS CENTER
400 W. CAPITOL, SUITE 1900
LITTLE ROCK, AR 72201
501/374-6535
mike.huckabay@hmrmlaw.com